IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF TEXAS
__BROWNSVILLE__ DIVISION

United States District Court
Southern District of Texas
FILED

JAN 14 2002

Michael N. Milby
Clerk of Court

__JOSE ALONZO CAVAZOS # 788607__
Plaintiff's name and ID Number

__ABIAN DOMINGUEZ STATE JAIL__
Place of Confinement

__CAMERON COUNTY__
__CAMERON COUNTY SHERIFF'S DEPT.__
__CAMERON COUNTY COMMISSIONERS__
__(SHERIFF) CONRADO CANTU__
__954 EAST HARRISON__
Defendant's name and address

CASE NO. __B-02-007__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __JOSE ALONZO CAVAZOS__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment   Yes☐ No☒
   b. Rent payments, interest or dividends?   Yes☐ No☒
   c. Pensions, annuities or life insurance payments?   Yes☐ No☒
   d. Gifts or inheritances?   Yes☐ No☒
   e. Family or friends?   Yes☒ No☐
   f. Any other sources?   Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __FAMILY SENDS ME ABOUT 75 DOLLARS A MONTH.__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐   No☒
   If you answered YES, state the total value of the items owned.

   __NA__

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐          No ☒

    If you answered **YES**, describe the property and state its approximate value.

    _____ N/A _____
    _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __9th__ day of __JAN.__, 19__2002__.

_____ __788607__
(Signature of Plaintiff)                ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

revised 6/97

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE              01/08/02
BX21/RCA2845            IN-FORMA-PAUPERIS DATA                            06:12:26
TDCJ#: 00788607 SID#: 03527728 LOCATION: DOMINGUEZ UNI    INDIGENT DTE: 00/00/00
NAME: CAVAZOS,JOSE ALONZO                 BEGINNING PERIOD: 07/01/01
PREVIOUS TDCJ NUMBERS: 00983049
CURRENT BAL:           282.38 TOT HOLD AMT:         0.00 3MTH TOT DEP:      611.50
6MTH DEP:            1,096.50 6MTH AVG BAL:       141.92 6MTH AVG DEP:      182.75
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/01      292.98           175.00      09/01      170.66           100.00
11/01      308.30           325.00      08/01      199.12           120.00
10/01      115.77           111.50      07/01      200.08           265.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF BEXAR
ON THIS THE 8 DAY OF JANUARY, 2002 I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG [signature]

[Notary seal: ROBERT DANIEL CAFFEY, NOTARY PUBLIC, STATE OF TEXAS, My Comm. Exp 10-15-2004]