```
                                          United States District Court
                                           Southern District of Texas
                                                    FILED

                    CIVIL NO*  B-02-007      JAN 14 2002   3
                                             Michael N. Milby
                                              Clerk of Court
```

JOSE ALONZO CAVAZOS                *    IN THE UNITED STATES DISTRICT

VS                                 *    COURT FOR THE SOUTHERN

THE STATE OF TEXAS                 *    DISTRICT OF TEXAS


### APPLICATION FOR APPOINTMENT OF ATTORNEY

THE COMPLAINANT, BEING DULY SWORN SAYS THE FOLLOWING:
"I AM THE COMPLAINANT IN THE ABOVE NUMBERED AND ENTITLED CAUSE, AND I AM WHOLLY DESTITUTE OF MEANS TO PROVIDE COUNSEL, AND I HEREBY REQUEST THE COURT TO APPOINT COMPETENT COUNSEL TO REPRESENT ME IN THIS CAUSE".

                                        /s/ Jose Alonzo Cavazos
                                        COMPLAINANT (PRO SE)


### UNSWORN DECLARATION

I JOSE ALONZO CAVAZOS, TDCJ # 788607, BEING PRESENTLY INCARCERATED AT THE DOMINGUEZ STATE JAIL IN BEXAR COUNTY, TEXAS DECLARE UNDER PENALTY

...OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THE 8th DAY OF JANUARY, 2002.

*Jose Alonzo Cavazos*

## ORDER

ON THIS THE _____ DAY OF _____ 2002 CAME TO BE HEARD PLAINTIFFS' "MOTION FOR APPLICATION OF ATTORNEY" AND SAID MOTION IS HEREBY GRANTED.

SIGNED THIS THE _____ DAY OF _____ 2002.

_____
JUDGE PRESIDING